Prepared By and Return To:
Bird, Cofield & Moise, LLC
15 Clark's Summit Drive
Bluffton, SC 29910
(843) 815-3900
Fax (843) 815-3901

BEAUFORT COUNTY SC - ROD
BK 01870 PG 1342
FILE NUM 2003090134
11/12/2003 10:55:35 AM
REC'D BY R WEBB RCPT# 198442
RECORDING FEES 10.00
County Tax 271.70
State Tax 642.20

STATE OF SOUTH CAROLINA )
)   TITLE TO REAL ESTATE
COUNTY OF BEAUFORT )

**KNOW ALL MEN BY THESE PRESENTS**, that Berkeley Hall, LLC, a South Carolina Limited Liability Company (hereinafter referred to as the "Grantor"), in the State aforesaid for and in consideration of the sum of TWO HUNDRED FORTY SIX THOUSAND FIVE HUNDRED TWENTY FIVE AND 00/100 DOLLARS ($246,525.00) to it paid by Allen F. Lessie and Kathryn A. Minx, the Grantees, in the State aforesaid (the receipt whereof is hereby acknowledged), has granted, bargained, sold and released, and by these presents, does grant, bargain, sell and release unto the said Allen F. Lessie and Kathryn A. Minx, as Joint Tenants with the Right of Survivorship and not as Tenants in Common, their Heirs and Assigns, forever, the following described property, to wit:

> All that certain piece, parcel or lot of land lying and being in Berkeley Hall, Beaufort County, South Carolina, being shown and described as Lot 30; said property having dimensions, metes and bounds as shown on the Plat entitled "A Plat of Berkeley Hall Phase 3A Lots, Berkeley Hall, Beaufort County, South Carolina", said plat being dated May 23, 2003, last revised August 19, 2003, said plat prepared by Thomas & Hutton Engineering Co., Savannah, Georgia, Boyce L. Young, S.C.R.L.S. No. 11079, and recorded in the Beaufort County Records in Plat Book 95 at Page 40 on September 5, 2003. For a more detailed description as to the courses, metes and bounds of the above mentioned lot, reference is had to said plat of record.

> This conveyance is subject to all matters of public record, including all easements as shown on the plat of record and to that certain Declaration of Covenants and Restrictions for Berkeley Hall and Provisions for the Berkeley Hall Club, Inc. recorded in the Beaufort County Records on 9/26/00 in Book 1335 at Page 1980, First Supplemental Declaration of Covenants and Restrictions for Berkeley Hall and Provisions for the Berkeley Hall Club, Inc., recorded in the Beaufort County Records on February 14, 2001 in Book 1384 at Page 509, Second Supplemental Declaration of Covenants and Restrictions recorded in the Beaufort County Records in Book 1523 at Page 2061, Third Supplemental Declaration of Covenants and Restrictions recorded in Book 1794 at Page 1692, Beaufort County Records, Declaration of Restrictive Covenants (Wetlands, etc.) by Berkeley Hall, LLC, recorded November 30, 2000 in the Beaufort County Records in Book 1358 at Page 1451, Supplemental Declaration of Covenants, Conditions and Restrictions for Phase 3A Lots at Berkeley Hall recorded in Book 1837 at Page 549, Beaufort County Records, and any amendments thereto.

> Tax Map #: R600-022-000-0904-0000
> R600-022-000-0905-0000

> Grantee(s) Address:  12407 Brooks Crossing
> Fishers, IN 46038

EXHIBIT "A"

The property intended to be conveyed herein is a portion of the same property conveyed to the within Grantor by Deed from Judy G. Henderson 5/23/03 and recorded in Book 1769 at Page 2401 on 5/28/03, Beaufort County Records and by Deed from Janice Anne G. McKim dated 5/23/03 and recorded in Book 1769 at Page 2398 on 5/28/03, Beaufort County Records.

The within Deed was prepared in the office of Bird, Cofield & Moise, LLC, P.O. Box 2474, Bluffton, SC 29910.

TOGETHER with all and singular, the Rights, Members, Hereditaments and Appurtenances to the said premises belonging, or in anywise incident or appertaining.

TO HAVE AND TO HOLD all and singular the premises before mentioned unto the said by Allen F. Lessie and Kathryn A. Minx, as Joint Tenants with the Right of Survivorship and not as Tenants in Common, their Heirs and Assigns, forever; subject however to the rights, conditions and restrictions that constitute covenants running with the land, all as set forth herein.

AND the Grantor does hereby bind itself and its Successors and/or Assigns forever, to warrant and defend, all and singular, the said Premises unto the said Allen F. Lessie and Kathryn A. Minx, their heirs and assigns, against itself and its Successors and/or Assigns, lawfully claiming, or to claim the same or any part thereof.