UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LESSIE, ALLEN FRANCIS ) | CASE NO. 10-02471-JKC-7A |
| MINX, KATHRYN ANN ) | |
| ) | |
| Debtors. ) | |
| _____) | |
| ) | |
| JENICE GOLSON DUNLAP, ) | |
| CHAPTER 7 TRUSTEE ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | ADVERSARY NO. 10-50448 |
| ) | |
| WACHOVIA BANK, N.A., BERKELEY ) | |
| HALL CLUB, INC., ALLEN FRANCIS ) | |
| LESSIE, AND KATHRYN ANN MINX ) | |
| ) | |
| Defendants. ) | |

## AGREED ENTRY

Comes now Jenice Golson Dunlap, the Chapter 7 trustee and Plaintiff herein, by counsel, Paul D. Gresk, and defendants, Allen Francis Lessie and Kathryn Ann Minx, by counsel, Deborah Caruso, and enter into this agreement for the purpose of settling Count III of the Plaintiff's complaint.

IT IS AGREED that the Allen Francis Lessie and Kathryn Ann Minx shall immediately turn over their legal and equitable interest in real estate having the common address of 17 Belle Reve Drive, Bluffton, South Carolina 29910 to the Chapter 7 trustee.

IT IS FURTHER AGREED that any interest that Allen Fracis Lessie and Kathryn Ann Minx may assert is hereby foreclosed upon.

ALL OF THE ABOVE IS AGREED TO ON THIS THE 30th DAY OF JULY, 2010.

Respectfully submitted,

/s/ Paul D. Gresk
Paul D. Gresk, Counsel for Chapter 7 trustee/Plaintiff
GRESK & SINGLETON, LLP
150 East 10th Street
Indianapolis, Indiana 46204
Phone: (317)237-7913
Fax: (317)237-7912
Email: bankruptcy@gslawindy.com

Respectfully submitted,

/s/Deborah Caruso
Deborah Caruso, Counsel for Defendants
Allen Francis Lessie & Kathryn Ann Minx
DALE & EKE, P.C.
9100 Keystone Crossing, Suite 400
Indianapolis, Indiana 46240
Phone: (317)844-7400
Fax: (317)574-9426
Email: dcaruso@daleeke.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served upon the below listed parties by either electronic mail and/or U.S. mail, postage prepaid on the date upon filing with the United States Bankruptcy Court.

Wachovia Bank, N.A.
Attn: Robert Steel, CEO
One Wachovia Center
South College Street, Suite 4000
Charlotte, North Carolina 28288-0013

Gary Lynn Hostetler

glh@hostetler-kowalik.com

Deborah Caruso
dcaruso@daleeke.com

Meredith R. Thomas
mthomas@daleeke.com

      /s/ Paul D. Gresk
      Paul D. Gresk